WELLMAN *v.* THE STATE.

LITTLE, J.  This court having, at the last term, in this identical case, and upon substantially the same state of facts as that set forth in the present record, adjudicated that there was "no proof of the corpus delicti, and no evidence connecting the accused with the perpetration of the offense alleged to have been committed," it follows as a necessary conclusion that the second verdict of guilty, which is now under review, was contrary to law and evidence, and ought to be set aside.

*Judgment reversed.  All the Justices concurring.*

Submitted December 6, — Decided December 20, 1897.

Indictment for larceny.  Before Judge Sweat.  Camden superior court.  October term, 1897.

*Alexander A. Lawrence,* for plaintiff in error.
*John W. Bennett, solicitor-general,* contra.

---

WIGGINS *v.* THE STATE.

LUMPKIN, P. J.  The evidence warranted the verdict; the charge upon the law of alibi, as applied to the evidence, was substantially correct; and those portions of the newly discovered evidence, which would be admissible upon another hearing, contained nothing authorizing this court to grant a new trial.       *Judgment affirmed.  All the Justices concurring.*

Argued December 6, — Decided December 20, 1897.

Indictment for robbery.  Before Judge Littlejohn.  Sumter superior court.  October 20, 1897.

*J. R. Williams* and *James Taylor,* for plaintiff in error.
*Frank A. Hooper, solicitor-general,* by *Charles R. Crisp,* contra.